UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUANE EDWARD FIELDER, | Case No.  3:20-cv-00476-MMD-WGC |
| Plaintiff | **ORDER** |
| v. | |
| R.N. REBECCA, *et al.*, | |
| Defendants | |

## I.    DISCUSSION

On August 21, 2020, Plaintiff, an inmate in the custody of the Washoe County Detention Center ("WCDC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis.*  (ECF Nos. 1-1, 1).  Plaintiff's application to proceed *in forma pauperis* is incomplete.  Plaintiff has not submitted an inmate account statement for the previous six-month period.  If Plaintiff has not been at the WCDC facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present

at the facility.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents.  Plaintiff will file a fully complete application to proceed *in forma pauperis* on or before **October 26, 2020**.  Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **October 26, 2020**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **October 26, 2020** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **October 26, 2020**, Plaintiff will either

1  pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50

2  administrative fee) or file with the Court:

3    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

4    Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

5    signatures on page 3),

6    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

7    official (i.e. page 4 of this Court's approved form), and

8    (3) a copy of the **inmate's prison or jail trust fund account statement for the**

9  **previous six-month period**.  If Plaintiff has not been at the facility a full six-month period,

10  Plaintiff must still submit an inmate account statement for the dates he has been present

11  at the facility.

12    IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

13  application to proceed *in forma pauperis* with all three documents or pay the full $400

14  filing fee for a civil action on or before **October 26, 2020**, the Court will dismiss this action

15  <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number,

16  when Plaintiff has all three documents needed to file a complete application to proceed

17  *in forma pauperis* or pays the the full $400 filing fee.

18    IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

19  (ECF No.1-1) but will not file it at this time.

20    DATED:  August 25, 2020

21

22    William G. Cobb

    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28